379 A.2d 606

Commonwealth v. Richburg, Appellant.

630

Submitted June 13, 1977. Hardy Williams, for appellant; William E. Nugent and Marianne E. Cox, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.